David A. Cortman, GA Bar #188810
dcortman@telladf.org
J. Matthew Sharp, GA Bar #607842
msharp@telladf.org
Alliance Defense Fund
1000 Hurricane Shoals Road NE
Suite D-600
Lawrenceville, GA 30043
Phone: (770) 339-0774
Fax: (770) 339-6744

Peter D. Lepiscopo, C.S.B. #139583
plepiscopo@att.net
Bill Morrow, C.S.B. #140772
Michael Healy, C.S.B. #274887
2635 Camino del Rio South
Suite 109
San Diego, California 92108
Phone: (619) 299-5343
Fax: (619) 299-4767
*Attorneys of Record for Plaintiffs Hart and Caronna*

JS - 6

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| LOU ANN HART; and SHERYL CARONNA, <br><br> Plaintiffs, <br><br> v. <br><br> GARY TOMACK, MATT MONICA, JIM KOEDYKER, MICHAEL DURAN, and DONALD B. GRIFFITH, all individually and in their official capacities as members of the Desert Sands Unified School District Board of Education; SHARON MCGEHEE, individually and in her official capacity as Superintendent of the Desert Sands Unified School District; PATRICK WALSH, individually and in his official capacity as Principal of Palm Desert High School; and SABRA BESLEY, individually and in her official capacity as interim Principal of Palm Desert High School, <br><br> Defendants. | CASE NO. CV11-00611 MMM (PLAx) <br><br> Assigned for all purposes to: Judge Margaret M. Morrow <br><br> **[PROPOSED] ORDER GRANTING THE STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE** <br><br> Date Action Filed: January 20, 2011 <br> Trial Date: None |

1 | Based on Plaintiffs LOU ANN HART and SHERYL CARONNA (hereinafter referred to as "Plaintiffs") and Defendants GARY TOMACK, MATT MONICA, JIM KOEDYKER, MICHAEL DURAN, DONALD GRIFFITH, SHARON MCGEHEE, PATRICK WALSH and SABRA BESLEY (hereinafter referred to collectively as "Defendants")'s Stipulated Voluntary Dismissal with Prejudice, it is ordered that:

The case is voluntary dismissed, with prejudice, and without any further costs or fees to any party.

IT IS SO ORDERED:

Date: June 15, 2011

_____
Honorable Margaret M. Morrow
U.S. District Court, Central District Judge

[PROPOSED] ORDER GRANTING STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE
-1-

# PROOF OF SERVICE

This is to certify that a copy of the foregoing [PROPOSED] ORDER GRATING THE STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE has been filed electronically on the 9th day of June, 2011. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

ALLIANCE DEFENSE FUND

_____
David A. Cortman, Esq.
J. Matthew Sharp, Esq.
Attorneys for Plaintiffs